IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

Vs.                                CASE NO. 4:04cr00137-01 JMM

SHANNA CAROL MOORE                                                       DEFENDANT

ORDER

The Judgment entered in the above case on April 11, 2006, contained a clerical

error on page 6, paragraph 'F'.  The correct amount of restitution should be $498,420.33.

Also, page 2 of the Judgment shows that drug testing should be suspended, however,  the

Court ordered that defendant shall be subject to a special condition of drug testing while

on supervised release under the guidance and supervision of the probation office.  The

Clerk is directed to send a copy of this Order to counsel, United States Probation, United

States Marshals Service and to the Finance Section of the Clerk's office.

IT IS SO ORDERED this   18th   day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE